WILLIAM J. B. WILLIAMS, as Trustee in Bankruptcy of JAMES R. DIXON, Respondent, v. MOSES ACEE and Others, Appellants.— Appeal dismissed unless appellants shall file and serve the printed papers and printed briefs by October twentieth. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

JAMES O. SEBRING, Respondent, v. THE FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY, Appellant.— Motion to dismiss appeal denied. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

WILLIAM H. HUBBARD, Respondent, v. OHIO FARMERS INSURANCE COMPANY OF LE ROY, OHIO, Appellant.— Motion to dismiss appeal denied. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

WILLIAM H. KAY, Respondent, v. ROBERT FRASER, INCORPORATED, Appellant.— Appeal dismissed unless appellant shall file and serve printed records and printed briefs by November first. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

CLARA L. BARTLETT, Respondent, v. UTICA GAS AND ELECTRIC COMPANY, Appellant.— Motion granted and appeal dismissed, with costs. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

MICHAEL J. HUGHES and Others, Appellants, v. CITY OF BUFFALO and Another, Respondents.— Motion granted and appeal dismissed. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

JOSEPH H. TAURIELLO and Others, Respondents, v. THE PHŒNIX INSURANCE COMPANY OF HARTFORD, CONNECTICUT. Appellant.— Appeal dismissed unless appellant shall file and serve printed briefs by October twentieth. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

## FIRST DEPARTMENT, OCTOBER, 1929.

ARTHUR GARFIELD HAYS v. AMERICAN DEFENSE SOCIETY, INC., and Others.— Motion denied. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.

RAE WEISS v. ANNIE SENATE, Also Known as ANNE SENATE, and Others, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure appellants' points to be filed on or before October 21, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of ANDREW TRIMBLE, as Administrator, etc., of LOUISE TRIMBLE, Also Known as LOUISE S. TRIMBLE, Deceased.— Motion to dismiss appeal granted; with ten dollars costs, unless appellant procure the record on appeal and appellant's points to be filed on or before October 25, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SIDNEY SHIRLEY v. FRANK C. WATERBURY and Another.— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure appellants' points to be filed on or before October 15, 1929, with notice of argument for November 6, 1929. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.